---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF UTAH

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

---

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Bridle Path Partners, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **87-3689694** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **611 Long Drive Court, Suite C**<br>**Alpine, UT 84004**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cache**<br>County | **Location of principal assets, if different from principal place of business**<br>**7 Parcels of real property  located in  Cache County, UT Wellsville, UT 84339**<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)   _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Bridle Path Partners, LLC**                                             Case number (*if known*) _____
         Name

---

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __3161__

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| Debtor | **Bridle Path Partners, LLC** | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
| --- | --- | --- |
| Debtor | | Relationship |
| District | When | Case number, if known |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
| --- | --- | --- |
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,000 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,000 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Bridle Path Partners, LLC**

Name

Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

| Debtor | **Bridle Path Partners, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September  8, 2023**
               MM / DD / YYYY

X  **/s/ Patrick B. Burns, Managing Member of Lync Construction, LLC**
   Signature of authorized representative of debtor

**Patrick B. Burns, Managing Member of Lync Construction, LLC**
Printed name

Title    **Managing Member of Bridle Path Partners, LLC**

---

**18. Signature of attorney**

X  **/s/ Andres Diaz**
   Signature of attorney for debtor

Date  **September  8, 2023**
      MM / DD / YYYY

**Andres Diaz 4309**
Printed name

**Diaz & Larsen**
Firm name

**757 East South Temple, Suite 201**
**Salt Lake City, UT 84102**
Number, Street, City, State & ZIP Code

Contact phone  **(801)596-1661**       Email address  **courtmail@adexpresslaw.com**

**4309 UT**
Bar number and State

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 5

Form **1065**

Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2022, or tax year beginning _____ , ending _____

Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

**2022**

| A Principal business activity | | | D Employer identification number |
|---|---|---|---|
| REAL ESTATE | | Name of partnership  BRIDLE PATH PARTNERS, LLC | 87-3689694 |
| B Principal product or service | Type or Print | Number, street, and room or suite no. If a P.O. box, see instructions.  611 LONG DRIVE COURT, STE C | E Date business started  11/23/2021 |
| REAL ESTATE | | City or town, state or province, country, and ZIP or foreign postal code | F Total assets (see instr.) |
| C Business code number  316110 | | ALPINE                                UT 84004 | $13,347,671. |

G Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

H Check accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) _____

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year .......................... 4

J Check if Schedules C and M-3 are attached ...........

K Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | |
|---|---|---|---|
| **Income** | **1a** Gross receipts or sales ...................................... | 1a | |
| | **b** Returns and allowances ...................................... | 1b | |
| | **c** Balance. Subtract line 1b from line 1a .................................................... | 1c | |
| | **2** Cost of goods sold (attach Form 1125-A) .................................................... | 2 | |
| | **3** Gross profit. Subtract line 2 from line 1c .................................................... | 3 | |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | 4 | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) .................................................... | 5 | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) ........................ | 6 | |
| | **7** Other income (loss) (attach statement) .................................................... | 7 | |
| | **8** **Total income (loss).** Combine lines 3 through 7 .................................................... | 8 | |
| **Deductions (see instructions for limitations)** | **9** Salaries and wages (other than to partners) (less employment credits) | 9 | |
| | **10** Guaranteed payments to partners .................................................... | 10 | |
| | **11** Repairs and maintenance .................................................... | 11 | |
| | **12** Bad debts .................................................... | 12 | |
| | **13** Rent .................................................... | 13 | |
| | **14** Taxes and licenses .................................................... | 14 | |
| | **15** Interest (see instructions) .................................................... | 15 | |
| | **16a** Depreciation (if required, attach Form 4562) ............ | 16a | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | 16b | 16c | |
| | **17** Depletion (**Do not deduct oil and gas depletion.**) .................................................... | 17 | |
| | **18** Retirement plans, etc. .................................................... | 18 | |
| | **19** Employee benefit programs .................................................... | 19 | |
| | **20** Other deductions (attach statement) .................................................... | 20 | |
| | **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 .............. | 21 | |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8 .................................................... | 22 | 0. |
| **Tax and Payment** | **23** Interest due under the look-back method-completed long-term contracts (attach Form 8697) | 23 | |
| | **24** Interest due under the look-back method-income forecast method (attach Form 8866) | 24 | |
| | **25** BBA AAR imputed underpayment (see instructions) .................................................... | 25 | |
| | **26** Other taxes (see instructions) .................................................... | 26 | |
| | **27** **Total balance due.** Add lines 23 through 26 .................................................... | 27 | |
| | **28** Payment (see instructions) .................................................... | 28 | |
| | **29** **Amount owed.** If line 28 is smaller than line 27, enter amount owed ............ | 29 | |
| | **30** **Overpayment.** If line 28 is larger than line 27, enter overpayment ............ | 30 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

Signature of partner or limited liability company member _____    Date _____

May the IRS discuss this return with the preparer shown below? See instr.    ☒ Yes   ☐ No

| Paid Preparer Use Only | Print/Type preparer's name  KELLY B. WILSON | Preparer's signature  KELLY B. WILSON | Date  08/30/23 | Check ☐ if self-employed | PTIN  P00092646 |
|---|---|---|---|---|---|
| | Firm's name   ALLRED JACKSON, P.C. | | | Firm's EIN  87-0406295 | |
| | Firm's address  135 NORTH 100 EAST  AMERICAN FORK, UT 84003 | | | Phone no.  (801) 756-7603 | |

Form 1065 (2022)   BRIDLE PATH PARTNERS, LLC                                    87-3689694   Page **2**

| **Schedule B** | **Other Information** | | |
|---|---|---|---|

| | | **Yes** | **No** |
|---|---|---|---|
| **1** | What type of entity is filing this return?  Check the applicable box: | | |
| **a** | ☐ Domestic general partnership   **b** ☐ Domestic limited partnership | | |
| **c** | ☒ Domestic limited liability company   **d** ☐ Domestic limited liability partnership | | |
| **e** | ☐ Foreign partnership   **f** ☐ Other | | |
| **2** | At the end of the tax year: | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | X | |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X |
| **3** | At the end of the tax year, did the partnership: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | **Yes** | **No** |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | **Yes** | **No** |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2022, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a sec. 754 election?  See instr. for details regarding a sec. 754 election | | X |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| **c** | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instruction | | X |

211011  12-19-22                                                             Form **1065** (2022)

Form 1065 (2022)    BRIDLE PATH PARTNERS, LLC                                    87-3689694    Page 3

| **Schedule B** | **Other Information** *(continued)* | Yes | No |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect to Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return | | |
| 16 a | Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? | | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect to Certain Foreign Corporations, attached to this return | | |
| 18 | Enter the number of partners that are foreign governments under section 892 | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ........... $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | | X |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the partnership has business interest expense. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 15 ........... $ | | |
| 26 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or of receiving a distribution from the partnership ........... | | |
| | Complete Schedule K-3 (Form 1065), Part XIII, for each foreign partner subject to section 864(c)(8) on a transfer or distribution. | | |
| 27 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |
| 28 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage:                By vote                        By value | | X |
| 29 | Reserved for future use | | |
| 30 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | X |
| | If "Yes," the partnership must complete Sch. B-2 (Form 1065). Enter the total from Sch. B-2, Part III, line 3 _____ | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

| Name of PR | SARDINE CANYON | | |
|---|---|---|---|
| U.S. address of PR | 611 LONG DRIVE COURT STE. C<br>ALPINE , UT  84004 | U.S. phone number of PR | 801-492-0202 |

| If the PR is an entity, name of the designated individual for the PR | MICHAEL PORTER | | |
|---|---|---|---|
| U.S. address of designated individual | 611 LONG DRIVE COURTE STE C<br>ALPINE, UT 84044 | U.S. phone number of designated individual | 801-492-0202 |

211021 12-19-22                                                                Form **1065** (2022)

Form 1065 (2022)   BRIDLE PATH PARTNERS, LLC   87-3689694   Page **4**

## Schedule K | Partners' Distributive Share Items

| | | | Total amount |
|---|---|---|---:|
| | | **1** Ordinary business income (loss) (page 1, line 22) | **1** | 0. |

**Income (Loss)**

| | | | |
|---|---|---|---:|
| **1** | Ordinary business income (loss) (page 1, line 22) | **1** | 0. |
| **2** | Net rental real estate income (loss) (attach Form 8825) | **2** | |
| **3a** | Other gross rental income (loss) .......... **3a** | | |
| **b** | Expenses from other rental activities (attach statement) **3b** | | |
| **c** | Other net rental income (loss). Subtract line 3b from line 3a | **3c** | |
| **4** | Guaranteed payments: **a** Services **4a** **b** Capital **4b** | | |
| **c** | Total. Add lines 4a and 4b | **4c** | |
| **5** | Interest income | **5** | |
| **6** | Dividends and dividend equivalents: **a** Ordinary dividends | **6a** | |
| **b** | Qualified dividends **6b** **c** Dividend equivalents **6c** | | |
| **7** | Royalties | **7** | |
| **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| **b** | Collectibles (28%) gain (loss) **9b** | | |
| **c** | Unrecaptured section 1250 gain (attach statement) **9c** | | |
| **10** | Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| **11** | Other income (loss) (see instructions) Type | **11** | |

**Deductions**

| | | | |
|---|---|---|---:|
| **12** | Section 179 deduction (attach Form 4562) | **12** | |
| **13a** | Contributions | **13a** | |
| **b** | Investment interest expense | **13b** | |
| **c** | Section 59(e)(2) expenditures: **(1)** Type **(2)** Amount | **13c(2)** | |
| **d** | Other deductions (see instructions) Type | **13d** | |

**Self-Employ-ment**

| | | | |
|---|---|---|---:|
| **14a** | Net earnings (loss) from self-employment | **14a** | 0. |
| **b** | Gross farming or fishing income | **14b** | |
| **c** | Gross nonfarm income | **14c** | |

**Credits**

| | | | |
|---|---|---|---:|
| **15a** | Low-income housing credit (section 42(j)(5)) | **15a** | |
| **b** | Low-income housing credit (other) | **15b** | |
| **c** | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | **15c** | |
| **d** | Other rental real estate credits (see instructions) Type | **15d** | |
| **e** | Other rental credits (see instructions) Type | **15e** | |
| **f** | Other credits (see instructions) Type | **15f** | |

**Inter-national**

| | | | |
|---|---|---|---:|
| **16** | Attach Schedule K-2 (Form 1065), Partners' Distributive Share Items-International, and check this box to indicate that you are reporting items of international tax relevance ☐ | | |

**Alternative Minimum Tax (AMT) Items**

| | | | |
|---|---|---|---:|
| **17a** | Post-1986 depreciation adjustment | **17a** | -3,636. |
| **b** | Adjusted gain or loss | **17b** | |
| **c** | Depletion (other than oil and gas) | **17c** | |
| **d** | Oil, gas, and geothermal properties - gross income | **17d** | |
| **e** | Oil, gas, and geothermal properties - deductions | **17e** | |
| **f** | Other AMT items (attach statement) SEE STATEMENT 1 | **17f** | 3,636. |

**Other Information**

| | | | |
|---|---|---|---:|
| **18a** | Tax-exempt interest income | **18a** | |
| **b** | Other tax-exempt income | **18b** | |
| **c** | Nondeductible expenses | **18c** | |
| **19a** | Distributions of cash and marketable securities | **19a** | 30. |
| **b** | Distributions of other property | **19b** | |
| **20a** | Investment income | **20a** | |
| **b** | Investment expenses | **20b** | |
| **c** | Other items and amounts (attach statement) | | |
| **21** | Total foreign taxes paid or accrued | **21** | |

211041 12-19-22

Form **1065** (2022)

Form 1065 (2022)     BRIDLE PATH PARTNERS, LLC                                87-3689694     Page **5**

## Analysis of Net Income (Loss) per Return

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 21 | | | | | **1** | 0. |

| **2** Analysis by partner type: | **(i)** Corporate | **(ii)** Individual (active) | **(iii)** Individual (passive) | **(iv)** Partnership | **(v)** Exempt Organization | **(vi)** Nominee/Other |
|---|---|---|---|---|---|---|
| **a** General partners | | | | | | |
| **b** Limited partners | | | | | | |

## Schedule L    Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| **1** Cash | | | | 12,917. |
| **2a** Trade notes and accounts receivable | | | | |
| **b** Less allowance for bad debts | | | | |
| **3** Inventories | | | | |
| **4** U.S. government obligations | | | | |
| **5** Tax-exempt securities | | | | |
| **6** Other current assets (attach statement) | STATEMENT 3 | | | 335,330. |
| **7a** Loans to partners (or persons related to partners) | | | | |
| **b** Mortgage and real estate loans | | | | |
| **8** Other investments (attach statement) | | | | |
| **9a** Buildings and other depreciable assets | | | | |
| **b** Less accumulated depreciation | | | | |
| **10a** Depletable assets | | | | |
| **b** Less accumulated depletion | | | | |
| **11** Land (net of any amortization) | | 4,900,000. | | 12,900,030. |
| **12a** Intangible assets (amortizable only) | 100,000. | | 100,000. | |
| **b** Less accumulated amortization | 606. | 99,394. | 606. | 99,394. |
| **13** Other assets (attach statement) | | | | |
| **14** Total assets | | 4,999,394. | | 13,347,671. |
| **Liabilities and Capital** | | | | |
| **15** Accounts payable | | | | |
| **16** Mortgages, notes, bonds payable in less than 1 year | | | | |
| **17** Other current liabilities (attach statement) | | | | |
| **18** All nonrecourse loans | | | | |
| **19a** Loans from partners (or persons related to partners) | | | | |
| **b** Mortgages, notes, bonds payable in 1 year or more | | 5,000,000. | | 13,000,030. |
| **20** Other liabilities (attach statement) | STATEMENT 4 | | | 348,247. |
| **21** Partners' capital accounts | | -606. | | -606. |
| **22** Total liabilities and capital | | 4,999,394. | | 13,347,671. |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Analysis of Net Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| | | | |
|---|---|---|---|
| **1** Net income (loss) per books | 0. | **6** Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | |
| **2** Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | **a** Tax-exempt interest $ _____ | |
| **3** Guaranteed payments (other than health insurance) | | **7** Deductions included on Schedule K, lines 1 through 13d, and 21, not charged against book income this year (itemize): | |
| **4** Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 21 (itemize): _____ | | **a** Depreciation $ _____ | |
| **a** Depreciation $ _____ | | **8** Add lines 6 and 7 | |
| **b** Travel and entertainment $ _____ | | **9** Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 0. |
| **5** Add lines 1 through 4 | 0. | | |

## Schedule M-2    Analysis of Partners' Capital Accounts                    STMT 2

| | | | |
|---|---|---|---|
| **1** Balance at beginning of year | -606. | **6** Distributions: **a** Cash | 30. |
| **2** Capital contributed: **a** Cash | 30. | **b** Property | |
| STMT 5     **b** Property | | **7** Other decreases (itemize): _____ | |
| **3** Net income (loss) (see instructions) | | | |
| **4** Other increases (itemize): _____ | | **8** Add lines 6 and 7 | 30. |
| **5** Add lines 1 through 4 | -576. | **9** Balance at end of year. Subtract line 8 from line 5 | -606. |

211042  12-19-22                                                              Form **1065** (2022)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

Name

**BRIDLE PATH PARTNERS, LLC**

Employer Identification number

**87-3689694**

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | |

**9 a** Check all methods used for valuing closing inventory:

(i)  [X] Cost

(ii)  [ ] Lower of cost or market

(iii)  [ ] Other (Specify method used and attach explanation) ▶ _____

**b** Check if there was a writedown of subnormal goods ......................................................... ▶ [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ......... ▶ [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO  **9d** | |

**e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions ............. [ ] Yes  [ ] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............. [ ] Yes  [ ] No
If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

224441
04-01-22    LHA

**SCHEDULE B-1**
**(Form 1065)**

(Rev. August 2019)
Department of the Treasury
Internal Revenue Service

# Information on Partners Owning 50% or More of the Partnership

▶ Attach to Form 1065.

▶ Go to www.irs.gov/Form1065 for the latest information.

OMB No. 1545-0123

| Name of partnership | Employer identification number |
|---|---|
| BRIDLE PATH PARTNERS, LLC | 87-3689694 |

**Part I**  **Entities Owning 50% or More of the Partnership**  (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| YABBADABBADOO | 87-3672252 | LLC | UNITED STATES | 50.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II**  **Individuals or Estates Owning 50% or More of the Partnership**  (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**  **Schedule B-1 (Form 1065)  (Rev. 8-2019)**

**SCHEDULE M-3**
(Form 1065)

(Rev. December 2021)
Department of the Treasury
Internal Revenue Service

# Net Income (Loss) Reconciliation
## for Certain Partnerships

▶ Attach to Form 1065.
▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

Name of partnership

BRIDLE PATH PARTNERS, LLC

Employer identification number

87-3689694

**This Schedule M-3 is being filed because (check all that apply):**

A [X] The amount of the partnership's total assets at the end of the tax year is equal to $10 million or more.

B [X] The amount of the partnership's adjusted total assets for the tax year is equal to $10 million or more. If box B is checked,
enter the amount of adjusted total assets for the tax year ___13,348,277.___

C [ ] The amount of total receipts for the tax year is equal to $35 million or more. If box C is checked, enter the total
receipts for the tax year _____ .

D [ ] An entity that is a reportable entity partner with respect to the partnership owns or is deemed to own an interest of 50%
or more in the partnership's capital, profit, or loss on any day during the tax year of the partnership.

| Name of Reportable Entity Partner | Identifying Number | Maximum Percentage Owned or Deemed Owned |
|---|---|---|
| | | |
| | | |
| | | |

E [ ] Voluntary filer.

**Part I    Financial Information and Net Income (Loss) Reconciliation**

**1a** Did the partnership file SEC Form 10-K for its income statement period ending with or within this tax year?
  [ ] **Yes.** Skip lines 1b and 1c and complete lines 2 through 11 with respect to that SEC Form 10-K.
  [X] **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

**b** Did the partnership prepare a certified audited non-tax-basis income statement for that period?
  [ ] **Yes.** Skip line 1c and complete lines 2 through 11 with respect to that income statement.
  [X] **No.** Go to line 1c.

**c** Did the partnership prepare a non-tax-basis income statement for that period?
  [ ] **Yes.** Complete lines 2 through 11 with respect to that income statement.
  [X] **No.** Skip lines 2 through 3b and enter the partnership's net income (loss) per its books and records on line 4a.

**2** Enter the income statement period:    Beginning _____    Ending _____

**3a** Has the partnership's income statement been restated for the income statement period on line 2?
  [ ] **Yes.** (If "Yes," attach a statement and the amount of each item restated.)
  [ ] **No.**

**b** Has the partnership's income statement been restated for any of the 5 income statement periods immediately preceding the period on line 2?
  [ ] **Yes.** (If "Yes," attach a statement and the amount of each item restated.)
  [ ] **No.**

| | | |
|---|---|---|
| **4a** Worldwide consolidated net income (loss) from income statement source identified on Part I, line 1 | **4a** | |
| **b** Indicate accounting standard used for line 4a. See instructions. | | |
|   **1** [ ] GAAP    **2** [ ] IFRS    **3** [ ] Section 704(b) | | |
|   **4** [ ] Tax-basis    **5** [ ] Other (specify) _____ | | |
| **5a** Net income from noninclludible foreign entities (attach statement) | **5a** | ( ) |
| **b** Net loss from noninclludible foreign entities (attach statement and enter as a positive amount) | **5b** | |
| **6a** Net income from noninclludible U.S. entities (attach statement) | **6a** | ( ) |
| **b** Net loss from noninclludible U.S. entities (attach statement and enter as a positive amount) | **6b** | |
| **7a** Net income (loss) of other foreign disregarded entities (attach statement) | **7a** | |
| **b** Net income (loss) of other U.S. disregarded entities (attach statement) | **7b** | |
| **8** Adjustment to eliminations of transactions between includible entities and noninclludible entities (attach stmt.) | **8** | |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) | **9** | |
| **10** Other adjustments to reconcile to amount on line 11 (attach statement) | **10** | |
| **11** Net income (loss) per income statement of the partnership. Combine lines 4a through 10 | **11** | 0. |

**Note:** Part I, line 11, must equal Part II, line 26, column (a); or Form 1065, Schedule M-1, line 1. See instructions.

**12** Enter the total amount (not just the partnership's share) of the assets and liabilities of all entities included or removed on the following lines.

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4 | 13,347,671. | 13,348,277. |
| **b** Removed on Part I, line 5 | | |
| **c** Removed on Part I, line 6 | | |
| **d** Included on Part I, line 7 | | |

For Paperwork Reduction Act Notice, see the instructions for your return.

Schedule M-3 (Form 1065) (Rev. 12-2021)

210991 04-01-22    LHA

**2022 DEPRECIATION AND AMORTIZATION REPORT**

INCOME & EXPENSES

OTHER 1

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | Reduction In Basis * | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LAND - 683.42 ACRES WELLSVILLE | 11/24/21 | L | | | | 3,500,000. | | | | 3,500,000. | | | 0. | |
| 2 | LAND - 7315 S HWY 89 | 11/24/21 | L | | | | 1,400,000. | | | | 1,400,000. | | | 0. | |
| 3 | LOAN FEES | 11/24/21 | | 330M | | 43 | 100,000. | | | | 100,000. | 606. | | 0. | 606. |
| 4 | LAND 2022 | 11/24/21 | L | | | | 8,000,030. | | | | 8,000,030. | 606. | | 0. | 606. |
| | * TOTAL OTHER DEPRECIATION & AMORT | | | | | | 13000030. | | | | 13000030. | 606. | | 0. | 606. |

(D) - Asset disposed

* ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

228111 04-01-22

**Worksheet for Adjusted Current Earnings Adjustments**

| Name of partnership | Employer identification number |
|---|---|
| BRIDLE PATH PARTNERS, LLC | 87-3689694 |

**1.** Additions to AMTI:

  **a.** Depreciation recomputed for AMT purposes ........................................ 3,636.

  **b.** Tax-exempt interest income ........................................................

  **c.** Amortization of IRC 173 ..........................................................

  **d.** Depletion for post-1989 properties ................................................

  **e.** Intangible drilling costs deducted from AMTI .......................................

  **f.** Total additions to AMTI ......................................................... 3,636.

**2.** Deductions:

  **a.** Depreciation recomputed for ACE purposes ..........................................

  **b.** Depletion recomputed for ACE purposes .............................................

  **c.** ACE intangible drilling costs .......................................................

  **d.** Total deductions .................................................................

**3.** Other adjustments:

  **a.** Basis adjustments from sales or exchanges ...........................................

  **b.** Other adjustments ................................................................

  **c.** Total other adjustments ...........................................................

**4.** Total adjustments to AMTI for ACE calculation.  Combine lines 1f, 2d and 3c .................... 3,636.

212181  04-01-22

BRIDLE PATH PARTNERS, LLC

87-3689694

---

| SCHEDULE K | OTHER ADJUSTMENTS AND TAX PREFERENCE ITEMS | STATEMENT 1 |
| --- | --- | --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| ADJUSTED CURRENT EARNINGS FROM THE PARTNERSHIP | 3,636. |
| TOTAL TO SCHEDULE K, LINE 17F | 3,636. |

---

| SCHEDULE M-2 | DISTRIBUTIONS | STATEMENT 2 |
| --- | --- | --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| TRANSFERRED CAPITAL | 30. |
| TOTAL TO SCHEDULE M-2, LINE 6A | 30. |

---

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 3 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| CONSTRUCTION IN PROGRESS | | 335,330. |
| TOTAL TO SCHEDULE L, LINE 6 | | 335,330. |

---

| SCHEDULE L | OTHER LIABILITIES | STATEMENT 4 |
| --- | --- | --- |

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| --- | --- | --- |
| JOHN LOAN | | 348,247. |
| TOTAL TO SCHEDULE L, LINE 20 | | 348,247. |

BRIDLE PATH PARTNERS, LLC                                                        87-3689694

| SCHEDULE M-2 | CONTRIBUTIONS | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSFERRED CAPITAL | 30. |
| TOTAL TO SCHEDULE M-2, LINE 2 | 30. |

**ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | ACE Cost Or Basis | Regular Depreciation | AMT Depreciation | ACE Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LAND - 683.42 ACRES WELLSVILLE | 112421 | | | 3500000. | 0. | 3500000. | 0. | 0. | 0. |
| 2 | LAND - 7315 S HWY 89 | 112421 | | | 1400000. | 0. | 1400000. | 0. | 0. | 0. |
| 3 | LOAN FEES | 112421 | | | 100,000. | 303. | 100,000. | 0. | 3,636. | 3,636. |
| 4 | LAND 2022 | 112421 | | | 8000030. | 0. | 8000030. | 0. | 0. | 0. |
| | TOTALS | | | | 13000030. | 303. | 13000030. | 0. | 3,636. | 3,636. |
| | MACRS AMT ADJUSTMENT | | | | | | | | -3,636. | |

239107
04-01-22

651121

| Schedule K-1 | **2022** | | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

For calendar year 2022, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

*See separate instructions.*

| **Part III** | **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |

| **Part I** | **Information About the Partnership** |

**A** Partnership's employer identification number
87-3689694

**B** Partnership's name, address, city, state, and ZIP code

BRIDLE PATH PARTNERS, LLC
611 LONG DRIVE COURT, STE C
ALPINE, UT  84004

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

| **Part II** | **Information About the Partner** |

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
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

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

SARDINE CANYON
611 LONG DRIVE COURT STE. C
ALPINE , UT  84004

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?  DISREGARDED ENTITY

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 10.0000000 % | 15.0000000 % |
| Loss | 10.0000000 % | 15.0000000 % |
| Capital | 10.0000000 % | 15.0000000 % |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ 34,825. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 500,000. | $ 1,950,005. |

☐ Check this box if Item K includes liability amounts from lower-tier partnerships

**L** **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account | $ -61. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 0. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( 30.) |
| Ending capital account | $ -91. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N** **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning _____ $
Ending _____ $

| # | Description | Amount | # | Description | Amount |
|---|---|---|---|---|---|
| 1 | Ordinary business income (loss) | 0. | 14 | Self-employment earnings (loss)  A | 0. |
| 2 | Net rental real estate income (loss) | | 15 | Credits | |
| 3 | Other net rental income (loss) | | | | |
| 4a | Guaranteed payments for services | | 16 | Schedule K-3 is attached if checked ☐ | |
| 4b | Guaranteed payments for capital | | 17 | Alternative min tax (AMT) items  A | -545. |
| 4c | Total guaranteed payments | | | F* | 545. |
| 5 | Interest income | | 18 | Tax-exempt income and nondeductible expenses | |
| 6a | Ordinary dividends | | | | |
| 6b | Qualified dividends | | 19 | Distributions  A | 30. |
| 6c | Dividend equivalents | | | | |
| 7 | Royalties | | 20 | Other information | |
| 8 | Net short-term capital gain (loss) | | | | |
| 9a | Net long-term capital gain (loss) | | | | |
| 9b | Collectibles (28%) gain (loss) | | | | |
| 9c | Unrecaptured section 1250 gain | | | | |
| 10 | Net section 1231 gain (loss) | | | | |
| 11 | Other income (loss) | | | | |
| 12 | Section 179 deduction | | 21 | Foreign taxes paid or accrued | |
| 13 | Other deductions | | | | |
| | | | 22 | ☐ More than one activity for at-risk purposes* | |
| | | | 23 | ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

For IRS Use Only

211261  11-28-22    LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2022**

3

BRIDLE PATH PARTNERS, LLC                                                    87-3689694

| SCHEDULE K-1 | OTHER ALTERNATIVE MINIMUM TAX (AMT) ITEMS, BOX 17, CODE F | |
| --- | --- | --- |

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
| --- | --- | --- |
| ADJUSTED CURRENT EARNINGS | SEE FORM 4626 ACE WORKSHEET INSTRUCTIONS | 545. |
| TOTAL TO SCHEDULE K-1, BOX 17, CODE F | | 545. |

| SCHEDULE K-1 | WITHDRAWALS AND DISTRIBUTIONS |
| --- | --- |

| DESCRIPTION | AMOUNT |
| --- | --- |
| TRANSFERRED CAPITAL | 30. |
| TOTAL TO SCHEDULE K-1, ITEM L, WITHDRAWALS AND DISTRIBUTIONS | 30. |

| SCHEDULE K-1 | SCHEDULE K-3 NOTIFICATION |
| --- | --- |

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

PARTNER NUMBER 3

## Worksheet for Adjusted Current Earnings Adjustments

| Name of partnership | Employer identification number |
|---|---|

**1.** Additions to AMTI:

    **a.** Depreciation recomputed for AMT purposes ................................................. 545.

    **b.** Tax-exempt interest income ...................................................

    **c.** Amortization of IRC 173 ...................................................

    **d.** Depletion for post-1989 properties ...................................................

    **e.** Intangible drilling costs deducted from AMTI ...................................................

    **f.** Total additions to AMTI ................................................. 545.

**2.** Deductions:

    **a.** Depreciation recomputed for ACE purposes ...................................................

    **b.** Depletion recomputed for ACE purposes ...................................................

    **c.** ACE intangible drilling costs ...................................................

    **d.** Total deductions .................................................

**3.** Other adjustments:

    **a.** Basis adjustments from sales or exchanges ...................................................

    **b.** Other adjustments ...................................................

    **c.** Total other adjustments .................................................

**4.** Total adjustments to AMTI for ACE calculation. Combine lines 1f, 2d and 3c ................................................. 545.

212181  04-01-22

651121

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2022**
For calendar year 2022, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions,
Credits, etc.**

See separate instructions.

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

### Part I  Information About the Partnership

**A** Partnership's employer identification number
87-3689694

**B** Partnership's name, address, city, state, and ZIP code

BRIDLE PATH PARTNERS, LLC
611 LONG DRIVE COURT, STE C
ALPINE, UT  84004

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
47-5345586

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

LYNC CONSTRUCTION
1407 N. MOUNTAIN ROAD
OGDEN, UT  84404

**G** ☐ General partner or LLC member-manager  ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner  ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____ Name _____

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here  ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 35.0000000 % | 35.0000000 % |
| Loss | 35.0000000 % | 35.0000000 % |
| Capital | 35.0000000 % | 35.0000000 % |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ 121,886. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 1,750,000. | $ 4,550,010. |

☐ Check this box if Item K includes liability amounts from lower-tier partnerships

**L**  **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account | $ -212. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 0. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $ ( ) |
| Ending capital account | $ -212. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes  ☒ No  If "Yes," attach statement. See instructions.

**N**  **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning _____ $ _____
Ending _____ $ _____

| # | | # | |
|---|---|---|---|
| 1 | Ordinary business income (loss)  0. | 14 | Self-employment earnings (loss)  A  0. |
| 2 | Net rental real estate income (loss) | 15 | Credits |
| 3 | Other net rental income (loss) | | |
| 4a | Guaranteed payments for services | 16 | Schedule K-3 is attached if checked ........ |
| 4b | Guaranteed payments for capital | 17 | Alternative min tax (AMT) items  A  -1,273. |
| 4c | Total guaranteed payments | | F*  1,273. |
| 5 | Interest income | 18 | Tax-exempt income and nondeductible expenses |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | 19 | Distributions |
| 6c | Dividend equivalents | | |
| 7 | Royalties | 20 | Other information |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | | |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | 21 | Foreign taxes paid or accrued |
| 13 | Other deductions | | |
| | | 22 | ☐ More than one activity for at-risk purposes* |
| | | 23 | ☐ More than one activity for passive activity purposes* |

*See attached statement for additional information.

For IRS Use Only

211261 11-28-22  LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**  www.irs.gov/Form1065  **Schedule K-1 (Form 1065) 2022**

4

BRIDLE PATH PARTNERS, LLC                                             87-3689694

---

SCHEDULE K-1                OTHER ALTERNATIVE MINIMUM TAX (AMT)
                            ITEMS, BOX 17, CODE F

---

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| ADJUSTED CURRENT EARNINGS | SEE FORM 4626 ACE WORKSHEET INSTRUCTIONS | 1,273. |
| TOTAL TO SCHEDULE K-1, BOX 17, CODE F | | 1,273. |

---

SCHEDULE K-1                SCHEDULE K-3 NOTIFICATION

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

PARTNER NUMBER 4

**Worksheet for Adjusted Current Earnings Adjustments**

| Name of partnership | Employer identification number |
|---|---|
| | |

**1.** Additions to AMTI:
  **a.** Depreciation recomputed for AMT purposes .................................................... 1,273.
  **b.** Tax-exempt interest income .........................................................................
  **c.** Amortization of IRC 173 ............................................................................
  **d.** Depletion for post-1989 properties .............................................................
  **e.** Intangible drilling costs deducted from AMTI .................................................

  **f.** Total additions to AMTI ............................................................................ 1,273.

**2.** Deductions:
  **a.** Depreciation recomputed for ACE purposes ..................................................
  **b.** Depletion recomputed for ACE purposes .....................................................
  **c.** ACE intangible drilling costs ......................................................................

  **d.** Total deductions .....................................................................................

**3.** Other adjustments:
  **a.** Basis adjustments from sales or exchanges ..................................................
  **b.** Other adjustments ...................................................................................

  **c.** Total other adjustments ............................................................................

**4.** Total adjustments to AMTI for ACE calculation.  Combine lines 1f, 2d and 3c ........................ 1,273.

212181  04-01-22

651121

| Schedule K-1 (Form 1065) | **2022** | |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2022, or tax year | ☐ Final K-1   ☐ Amended K-1   OMB No. 1545-0123 |

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**   *See separate instructions.*

### Part I   Information About the Partnership

**A** Partnership's employer identification number
87-3689694

**B** Partnership's name, address, city, state, and ZIP code

BRIDLE PATH PARTNERS, LLC
611 LONG DRIVE COURT, STE C
ALPINE, UT 84004

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II   Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
87-3672252

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

YABBADABBADOO
15201 S KIRK RD
OREGON CITY, OR 97045

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:
TIN _____ Name _____

**I1** What type of entity is this partner?   PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 50.0000000% | 50.0000000% |
| Loss | 50.0000000% | 50.0000000% |
| Capital | 50.0000000% | 50.0000000% |

Check if decrease is due to sale or exchange of partnership interest ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ 174,124. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 2,500,000. | $ 6,500,015. |

Check this box if Item K includes liability amounts from lower-tier partnerships ☐

**L**   **Partner's Capital Account Analysis**

| | |
|---|---|
| Beginning capital account | $ -303. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 0. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals and distributions | $( ) |
| Ending capital account | $ -303. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No   If "Yes," attach statement. See instructions.

**N** Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning _____ $
Ending _____ $

### Part III   Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 Ordinary business income (loss) | 0. | 14 Self-employment earnings (loss) | A | 0. |
|---|---|---|---|---|
| 2 Net rental real estate income (loss) | | 15 Credits | | |
| 3 Other net rental income (loss) | | | | |
| 4a Guaranteed payments for services | | 16 Schedule K-3 is attached if checked ☐ | | |
| 4b Guaranteed payments for capital | | 17 Alternative min tax (AMT) items | A | -1,818. |
| 4c Total guaranteed payments | | | F* | 1,818. |
| 5 Interest income | | 18 Tax-exempt income and nondeductible expenses | | |
| 6a Ordinary dividends | | | | |
| 6b Qualified dividends | | 19 Distributions | | |
| 6c Dividend equivalents | | | | |
| 7 Royalties | | 20 Other information | | |
| 8 Net short-term capital gain (loss) | | | | |
| 9a Net long-term capital gain (loss) | | | | |
| 9b Collectibles (28%) gain (loss) | | | | |
| 9c Unrecaptured section 1250 gain | | | | |
| 10 Net section 1231 gain (loss) | | | | |
| 11 Other income (loss) | | | | |
| 12 Section 179 deduction | | 21 Foreign taxes paid or accrued | | |
| 13 Other deductions | | | | |
| | | 22 ☐ More than one activity for at-risk purposes* | | |
| | | 23 ☐ More than one activity for passive activity purposes* | | |
| | | *See attached statement for additional information. | | |

For IRS Use Only

211261 11-28-22   LHA   **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2022**

5

BRIDLE PATH PARTNERS, LLC                                            87-3689694

| SCHEDULE K-1 | OTHER ALTERNATIVE MINIMUM TAX (AMT) ITEMS, BOX 17, CODE F | |
|---|---|---|

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| ADJUSTED CURRENT EARNINGS | SEE FORM 4626 ACE WORKSHEET INSTRUCTIONS | 1,818. |
| TOTAL TO SCHEDULE K-1, BOX 17, CODE F | | 1,818. |

| SCHEDULE K-1 | SCHEDULE K-3 NOTIFICATION |
|---|---|

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

PARTNER NUMBER 5

**Worksheet for Adjusted Current Earnings Adjustments**

| Name of partnership | Employer identification number |
|---|---|
| | |

**1.** Additions to AMTI:

   **a.** Depreciation recomputed for AMT purposes ................................................. 1,818.

   **b.** Tax-exempt interest income .........................................................................

   **c.** Amortization of IRC 173 .............................................................................

   **d.** Depletion for post-1989 properties .............................................................

   **e.** Intangible drilling costs deducted from AMTI ................................................

   **f.** Total additions to AMTI .............................................................................. 1,818.

**2.** Deductions:

   **a.** Depreciation recomputed for ACE purposes ................................................

   **b.** Depletion recomputed for ACE purposes ....................................................

   **c.** ACE intangible drilling costs .......................................................................

   **d.** Total deductions .......................................................................................

**3.** Other adjustments:

   **a.** Basis adjustments from sales or exchanges .................................................

   **b.** Other adjustments .....................................................................................

   **c.** Total other adjustments .............................................................................

**4.** Total adjustments to AMTI for ACE calculation.  Combine lines 1f, 2d and 3c ....................... 1,818.

651121

| Schedule K-1 | **2022** | ☒ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**2022**
For calendar year 2022, or tax year

beginning _____  ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

See separate instructions.

☒ Final K-1   ☐ Amended K-1   OMB No. 1545-0123

### Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| **1** Ordinary business income (loss) | 0. | **14** Self-employment earnings (loss) A | 0. |
| **2** Net rental real estate income (loss) | | **15** Credits | |
| **3** Other net rental income (loss) | | | |
| **4a** Guaranteed payments for services | | **16** Schedule K-3 is attached if checked ........ ☐ | |
| **4b** Guaranteed payments for capital | | **17** Alternative min tax (AMT) items | |
| **4c** Total guaranteed payments | | | |
| **5** Interest income | | **18** Tax-exempt income and nondeductible expenses | |
| **6a** Ordinary dividends | | | |
| **6b** Qualified dividends | | **19** Distributions | |
| **6c** Dividend equivalents | | | |
| **7** Royalties | | **20** Other information | |
| **8** Net short-term capital gain (loss) | | | |
| **9a** Net long-term capital gain (loss) | | | |
| **9b** Collectibles (28%) gain (loss) | | | |
| **9c** Unrecaptured section 1250 gain | | | |
| **10** Net section 1231 gain (loss) | | | |
| **11** Other income (loss) | | | |
| **12** Section 179 deduction | | **21** Foreign taxes paid or accrued | |
| **13** Other deductions | | | |
| | | **22** ☐ More than one activity for at-risk purposes* | |
| | | **23** ☐ More than one activity for passive activity purposes* | |

*See attached statement for additional information.

### Part I  Information About the Partnership

**A** Partnership's employer identification number
87-3689694

**B** Partnership's name, address, city, state, and ZIP code

BRIDLE PATH PARTNERS, LLC
611 LONG DRIVE COURT, STE C
ALPINE, UT  84004

**C** IRS center where partnership filed return:
E-FILE

**D** ☐ Check if this is a publicly traded partnership (PTP)

### Part II  Information About the Partner

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
87-3679688

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ZINGALING
611 LONG DRIVE COURT STE. C
ALPINE , UT  84004

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H1** ☒ Domestic partner   ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____  Name _____

**I1** What type of entity is this partner?  PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 5.0000000 % | 0.0000000 % |
| Loss | 5.0000000 % | 0.0000000 % |
| Capital | 5.0000000 % | 0.0000000 % |

Check if decrease is due to sale or exchange of partnership interest ........ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ 17,412. |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 250,000. | $ 0. |

☐ Check this box if Item K includes liability amounts from lower-tier partnerships

**L**  Partner's Capital Account Analysis

| | |
|---|---|
| Beginning capital account ........ | $ -30. |
| Capital contributed during the year ........ | $ 30. |
| Current year net income (loss) ........ | $ 0. |
| Other increase (decrease) (attach explanation) ........ | $ |
| Withdrawals and distributions ........ | $( ) |
| **Ending capital account** ........ | $ 0. |

**M** Did the partner contribute property with a built-in gain (loss)?
☐ Yes   ☒ No  If "Yes," attach statement. See instructions.

**N**  Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)
Beginning ........ $
Ending ........ $

For IRS Use Only

211261  11-28-22   LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2022**

6

BRIDLE PATH PARTNERS, LLC                                                    87-3689694

| SCHEDULE K-1 | CAPITAL CONTRIBUTED DURING THE YEAR |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TRANSFERRED CAPITAL | 30. |
| TOTAL TO SCHEDULE K-1, ITEM L, CAPITAL CONTRIBUTED | 30. |

| SCHEDULE K-1 | SCHEDULE K-3 NOTIFICATION |
|---|---|

THE SCHEDULE K-3 HAS NOT BEEN PREPARED FOR YOU. YOU WILL NOT RECEIVE A COPY OF
THE SCHEDULE UNLESS YOU REQUEST ONE.

PARTNER NUMBER 6

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Utah

In re **Bridle Path Partners, LLC** _____   Case No. _____

                                          Debtor(s)               Chapter   **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept _____ | $ | **Reasonable Fees and Costs as Allowed by the Court** |
| Prior to the filing of this statement I have received _____ | $ | **37,000** |
| Balance Due _____ | $ | **Reasonable Fees and Costs as Allowed by the Court** |

2.   The source of the compensation paid to me was:

     ☑ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor        ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Advising the Client of its rights, powers, and duties as a debtor and debtor in possession;
     b.   Taking all necessary action to protect and preserve the estate of the Client, including the prosecution of actions on the Client's
          behalf, the defense of actions commenced against the Client, the negotiation of disputes in which the Client is involved, and the
          preparation of objections to claims filed against the Client's estate;
     c.   Assisting in preparing on behalf of the Client all necessary schedules and statements, motions, applications, answers, orders,
          reports, and papers in connection with the administration of the Client's estate;
     d.   Assisting in presenting the Client's proposed plan of reorganization and all related transactions and any related revisions,
          amendments, etc.; and,
     e.   Performing all other necessary legal services in connection with the Client's chapter 11 case.

---

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

September 8, 2023 _____        **/s/ Andres Diaz** _____
_Date_                                            **Andres Diaz 4309**
                                                  _Signature of Attorney_
                                                  **Diaz & Larsen**
                                                  **757 East South Temple, Suite 201**
                                                  **Salt Lake City, UT 84102**
                                                  **(801)596-1661  Fax: (801) 359-6803**
                                                  **courtmail@adexpresslaw.com**
                                                  _Name of law firm_